# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

GLENN DAVIS,

               Petitioner,

     v.

ANA BOATWRIGHT, Warden,
Waupun Correctional Institution,

               Respondent.

## JUDGMENT IN A CIVIL CASE

**Case No.:   09-cv-353-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**Petitioner's petition for a writ of habeas corpus is DISMISSED without prejudice.**

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

**6/15/09**
_____
**Date**